UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEMENT MASONS PENSION TRUST, INC.; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSION TRUST FUND FOR OPERATING ENGINEERS ANNUITY,<br><br>             Plaintiffs,<br><br>   v.<br><br>AOL TIME WARNER, et al.,<br><br>             Defendants. | 2:06-cv-0204-GEB-KJM<br><br><u>ORDER TO SHOW CAUSE AND CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE</u> |

        The January 31, 2006, Order Setting Status (Pretrial Scheduling) Conference ("January 31 Order") scheduled a status conference in this case for April 17, 2006, and required the parties to file a joint status report no later than fourteen days prior to the status conference. The Order further required that a status report be filed regardless of whether a joint report could be procured.[1] No

---

[1]    As the Order states:

    The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file

(continued...)

1

status report was filed.

Plaintiffs are Ordered to Show Cause (OSC) in a writing to be filed no later than 4:00 p.m. on April 19, 2006, why sanctions should not be imposed against them under Rule 16(f) of the Federal Rules of Civil Procedure for their failure to file a timely status report. Plaintiffs' written response shall also explain whether Plaintiffs have effected service of process on Defendants, and whether Plaintiffs have served Defendants with a copy of the January 31 Order.[2] If service of process has been completed but Plaintiffs have not yet served Defendants with a copy of the January 31 Order, Plaintiffs shall also show cause why they should not be sanctioned for failure to timely serve Defendants with a copy of the January 31 Order.

The written response shall also state whether a hearing is requested on the OSC. If a hearing is requested, it will be held on June 5, 2006, at 9:00 a.m., just prior to the status conference, which is rescheduled to that date.

In accordance with the requirements set forth in the January 31 Order, the parties shall file a joint status report no later than May 22, 2006. If Defendants have not been served with a

---

[1](...continued)
a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

January 31 Order at 2 n. 1.

[2] As prescribed in the January 31 Order, Plaintiffs were required to serve Defendants with a copy of the January 31 Order "[c]oncurrently with the service of process, or as soon thereafter as possible . . . ." January 31 Order at 1.

2

copy of the January 31 Order, Plaintiffs shall serve them with a copy of it and this order immediately.

       IT IS SO ORDERED.

Dated:  April 6, 2006

                                      /s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge